**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARASTOO RASOOLY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; BOOZ ALLEN HAMILTON SHORT-TERM DISABILITY PLAN; and DOES 1-10, inclusive;<br><br>Defendants. | Case No. SACV 19-01927-JLS(KESx)<br><br>**JUDGMENT** |

The parties having resolved the merits of Plaintiff's complaint (Doc. 31) and the Court having granted in part Plaintiff's Motion for Attorney Fees and Costs (Doc. 36) orders that Judgment is hereby entered in favor of Parastoo Rasooly ("Plaintiff") and against Defendants Aetna Insurance Company and Booz Allen Hamilton Short-Term Disability Plan ("Defendants") in the amount for $53,240.00 in attorney's fees and $1,053.16 in costs, totaling $54,293.16.

IT IS SO ORDERED.

DATED: April 2, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE